# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-17-00215-CV
_____


### IN RE ROBERT BURNS MCCALL

_____

### Original Proceeding
### 435th District Court of Montgomery County, Texas
### Trial Cause No. 14-07-07294-CV

_____

### MEMORANDUM OPINION

In a mandamus petition, Robert Burns McCall complains that the trial court failed to rule on a motion for change of venue and a motion for appointment of an expert. On June 12, 2017, we identified defects in his petition and notified McCall that he must correct the defects no later than July, 12, 2017. McCall failed to amend his petition or provide additional documents to support his claims. After having been provided with an opportunity to file a proper mandamus petition, McCall has not demonstrated his entitlement to mandamus relief. Accordingly, the petition is denied.

PETITION DENIED.

PER CURIAM

Submitted on August 2, 2017
Opinion Delivered August 3, 2017

Before McKeithen, C.J., Kreger and Johnson, JJ.